IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| LAURA MCCARTY and BOBBY J. MCCARTY, | * |
| | * |
| Plaintiffs, | Case No. 3:21-CV-74 (CAR) |
| v. | * |
| LM GENERAL INSURANCE COMPANY, | * |
| Defendant. | * |

## J U D G M E N T

Pursuant to this Court's Order dated March 31, 2023, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 31st day of March, 2023.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk